# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133143

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CURTIS LEE MARTIN,
      Defendant-Appellant.

SC: 133143
COA: 274378
Schoolcraft CC: 06-006469-FH

_____/

      On order of the Court, the application for leave to appeal the December 19, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

p0521